UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

MICHAEL L. SHERWOOD,

    Plaintiff,

  v.

MARQUETTE TRANSPORTATION
COMPANY, LLC and BLUEGRASS
MARINE, LLC,

    Defendant.

Case No. 08-cv-849-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the parties' Stipulation of Dismissal (Doc. 48) with prejudice. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows for dismissal without a court order by filing such a stipulation.

Accordingly, the Court acknowledges that the case is at an end and **DIRECTS** the Clerk of Court to close the file accordingly.

**IT IS SO ORDERED.**
**DATED: June 17, 2010**

                                                s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**